IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-275-GCM

| | |
|---|---|
| BOBBY DARRICK JONES,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>      Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David F. Chermol,** filed September 30, 2019 (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Chermol is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Bobby Darrick Jones.

**IT IS SO ORDERED.**

Signed: October 2, 2019

Graham C. Mullen
United States District Judge